# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO. 21-144-1** |
| | : | |
| **JOHN ADAMS** | : | |

## ORDER

This 6th of January 2022, upon consideration of Defendant John Adams's Motion to Dismiss Counts I and II of the Indictment, it is hereby **ORDERED** that Defendant's motion is **DENIED.**

                                                           /s/ Gerald Austin McHugh
                                                   United States District Judge