**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO. 21-144-1** |
| | : | |
| **JOHN ADAMS** | : | |

**ORDER**

This 11th of January 2022, it is hereby **ORDERED** that Defendant John Adams's Pro Se Motion to Dismiss the Indictment, ECF 55, is **DENIED,** for the reasons set forth in my Memorandum Opinion of January 6, 2022, ECF 62.

/s/ Gerald Austin McHugh
United States District Judge