IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 21-144-1 |
| JOHN ADAMS | | |
| USM 39459-509 | | |

## **NOTICE OF HEARING**

Take notice that the defendant is scheduled for a **jury trial** on **November 9, 2022,** at **9:30 a.m.** before the **Honorable Gerald Austin McHugh** in **Courtroom 9-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☒ **Interpreter:** A          interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** June 6, 2022.

For additional information, please contact the undersigned.

By:          Christian J. Henry, Courtroom Deputy to J.  McHugh
             Phone: 267.299.7307

Date:          5/27/2022

cc via U.S. Mail:     Defendant: John Adams
cc via email:         Defense Counsel: Natasha Taylor-Smith
                      Assistant U.S. Attorney: Erica Kivitz
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator

crnotice (July 2021)