IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOHN ADAMS
USM 39459-509

: CRIMINAL ACTION
:
: No. 21-144-1

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **jury trial** on **November 29, 2022,** at **9:30 a.m.** before the **Honorable Gerald Austin McHugh** in **Courtroom 9-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** November 9, 2022.

For additional information, please contact the undersigned.

By: Christian J. Henry, Courtroom Deputy to J. McHugh
Phone: 267.299.7307

Date: 10/11/2022

cc via U.S. Mail: Defendant: John Adams
cc via email: Defense Counsel: Natasha Taylor-Smith
Assistant U.S. Attorneys: Erica Kivitz, Kelly Harrell
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)