# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **CRIMINAL ACTION** |
| : | **No. 21-144-1** |
| : | |
| **JOHN ADAMS** : | |
| : | |

## ORDER

This 28th day of October, 2022, it is hereby **ORDERED** that Defendant's Motion to Suppress, ECF 95, is **DENIED**.

        /s/ Gerald Austin McHugh
United States District Judge