**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-144-1** |
| | : | |
| **JOHN ADAMS** | : | |

## ORDER

This 23rd day of April, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant John Adams' Motion to Withdraw Guilty Plea, ECF 186, is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge