**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION NO. 21-144** |
| | : | |
| **JOHN ADAMS** | : | |

## <u>ORDER</u>

This 26th day of May, 2026, for the reasons set forth in the accompanying memorandum,

it is hereby **ORDERED** that Defendant's Motion pursuant to 28 U.S.C. § 2255, ECF 246, is

**DENIED.**

There is no basis for issuance of a certificate of appealability.

 /s/ Gerald Austin McHugh
United States District Judge